1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  VONDELL LEWIS,                        No. C-09-0551 TEH (PR)

12            Petitioner,

13        v.                        ORDER DENYING REQUEST FOR
                                    CERTIFICATE OF APPEALABILITY
14  BEN CURRY, Warden

15            Respondent.

16  _____/

17

18        Pro se Petitioner Vondell Lewis has filed a notice of

19  appeal under 28 U.S.C. § 2253(c) and Federal Rule of Appellate

20  Procedure 22(b) (amended Dec. 1, 2009), Doc. #10, which the Court

21  also construes as a request for a Certificate of Appealability.

22        Petitioner's request for a Certificate of Appealability is

23  DENIED because he has not made "a substantial showing of the denial

24  of a constitutional right."  28 U.S.C. § 2253(c)(2).  Nor has

25  Petitioner demonstrated that "reasonable jurists would find the

26  district court's assessment of the constitutional claims debatable

27  or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

28  //

**United States District Court**
For the Northern District of California

The Clerk shall forward to the Court of Appeals the case file with this Order.  See F. R. App. P. 22(b)(1) (amended Dec. 1, 2009);  United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

          IT IS SO ORDERED.


DATED      12/11/09          _____
                             THELTON E. HENDERSON
                             United States District Judge

G:\PRO-SE\TEH\HC.09\Lewis-09-551-deny coa.wpd

2